PORTER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **FILE UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | Cr. No.: __22-20049 TLP__ |
| | ) | |
| vs. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 641 |
| **RAYMOND EARL VALLIER,** | ) | 18 U.S.C. § 1028A |
| | ) | |
| Defendant. | ) | Notice of Forfeiture |

## NOTICE OF PENALTIES

### COUNT ONE
**Theft of Government Property and Aiding and Abetting**
**(18 U.S.C. § 641 & 18 U.S.C. § 2)**

[A term of imprisonment for not more than ten years, a fine of up to $250,000 or twice the gross gain or gross loss, whichever is greater, or both, up to three years supervised release, and a mandatory special assessment of $100, see 18 U.S.C. § 3013(a).]

### COUNT TWO
**Aggravated Identity Theft and Aiding and Abetting**
**(18 U.S.C. § 1028A and 18 U.S.C. § 2)**

[A term of imprisonment of not less than two years, to run consecutively to any other term of imprisonment imposed on the person under any other provision of law, including any term of imprisonment imposed for the felony during which the means of identification was transferred, possessed, or used.]