IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No.: 22-20049 TLP |
| vs. | ) 18 U.S.C. § 2 |
| | ) 18 U.S.C. § 641 |
| RAYMOND EARL VALLIER, | ) 18 U.S.C. § 1028A |
| Defendant. | ) Notice of Forfeiture |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through Joseph C. Murphy, Jr., United States Attorney for the Western District of Tennessee, Sara E. Porter, Trial Attorney, Criminal Division, Fraud Section, and Tony Arvin, Assistant United States Attorney, moves this Honorable Court for an order sealing the indictment in this case until April 18, 2022.

Respectfully submitted,

JOSEPH C. MURPHY, JR.
United States Attorney

By:   s/Sara E. Porter
Sara E. Porter
Trial Attorney
Fraud Section
U.S. Department of Justice, Criminal Division
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 257-6778
(#34190 Louisiana)

Tony Arvin
Assistant United States Attorney
United States Attorney's Office
167 N. Main, Ste. 800
Memphis, TN 38103
(901) 544-4231

1

FILED UNDER SEAL

**CERTIFICATE OF SERVICE**

I, Sara E. Porter, hereby certify that a copy of the foregoing motion was electronically filed, hand delivered, and/or mailed, first class postage prepaid to the Court.

This 31st day of March, 2022.

By: *s/Sara E. Porter*
Sara E. Porter

2

**FILED UNDER SEAL**