IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FILE UNDER SEAL |
| Plaintiff, | ) ) ) | Cr. No.: 22-20049 TLP |
| vs. | ) ) ) | 18 U.S.C. § 2<br>18 U.S.C. § 641 |
| RAYMOND EARL VALLIER, | ) ) | 18 U.S.C. § 1028A |
| Defendant. | ) | Notice of Forfeiture |

### ORDER SEALING INDICTMENT

Upon motion of the United States and for good cause shown, the indictment against the above-named defendant is hereby ordered sealed until April 18, 2022.

This, the 31st day of March, 2022.

s/Annie T. Christoff
**UNITED STATES MAGISTRATE JUDGE**