**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,** )
                               )
       **Plaintiff,**        )
                               )
        **v.**            )        **Criminal No: 22-CR-20049-TLP**
                               )
**RAYMOND EARL VALLIER,**    )
                               )
       **Defendant.**     )
                               )

---

## NOTICE OF APPEARANCE AS COUNSEL

---

COMES NOW the undersigned counsel, to file this as formal Notice of Appearance as Counsel on behalf of the United States of America in this cause, and to request copies of notices and settings hereafter with respect to any matter that may be pending.

This 19th day of April, 2022.

Respectfully submitted,

Joseph C. Murphy, Jr.
United States Attorney

By:   s/ Tony R. Arvin
      TONY R. ARVIN
      Assistant United States Attorney
      167 N. Main, Suite 800
      Memphis, TN 38103
      901-544-4231

**<u>CERTIFICATE OF SERVICE</u>**

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **NOTICE** has been sent via the Court's electronic filing system.

This 19th day of April, 2022.

By:     <u>s/ Tony R. Arvin</u>
        TONY R. ARVIN
        Assistant United States Attorney
        167 N. Main, Suite 800
        Memphis, TN 38103
        901-544-4231