AO 442 (Rev. 01/09) Arrest Warrant

FID 11406318

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22-20049 TLP |
| RAYMOND EARL VALLIER | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RAYMOND EARL VALLIER ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18: § 2 - Aiding and Abetting
18: § 641- Public money, property or records
18: § 1028A - Fraud and related activity in connection with identification documents

Date: 3/31/2022

_____
Issuing officer's signature

City and state: Memphis, Tennessee      THOMAS M. GOULD, CLERK OF COURT
                                         *Printed name and title*

### Return

This warrant was received on *(date)* 4/1/22 , and the person was arrested on *(date)* 4/20/22
at *(city and state)* Memphis, TN .

Date: 4/20/22

_____
Arresting officer's signature

Casey Measoraen  DUSM
*Printed name and title*